427 A.2d 1201

Commonwealth v. Thompson, Appellant.

■■■■■■■ Submitted November 16, 1979. William M. Panella, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.